IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 08-703-GPM ) |
| B.D.R. SERVICES, INC., TRIPLE R. EXPRESS, L.L.C., TRIPLE R. LOGISTICS, L.L.C., BILLY M. REAGOR, DANNY K. REAGOR, and ROGER D. REAGOR, | ) ) ) ) ) |
| Defendants. | ) |

# RULE 54(b) JUDGMENT

This action came before District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff, General Electric Capital Corporation, shall recover from Defendants B.D.R. Services, Inc., Triple R. Express, L.L.C., Triple R. Logistics, L.L.C., Billy M. Reagor, and Roger D. Reagor the amount of **$472,401.16**.

**DATED**: 7/21/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
      Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
      G. Patrick Murphy
      United States District Judge